**DISMISS and Opinion Filed July 21, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00226-CV

## IN THE INTEREST OF M.C.T., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-09973**

## MEMORANDUM OPINION
Before Justices Schenck, Osborne, and Smith
Opinion by Justice Schenck

In the notice of appeal, appellant states she is appealing from the trial court's judgment signed on February 16, 2022. We questioned our jurisdiction over this appeal because the clerk's record does not contain a judgment signed on that date. We instructed appellant to file, by May 9, 2022, a letter brief addressing the issue and cautioned her that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded.

The appellate timetable does not commence to run other than by signed, written order. *See Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995); TEX. R. APP. P. 26.1. Thus, without a signed judgment or appealable order, there is nothing for this Court to review. *See Parson v. Cole*, No. 05-21-00086-CV, 2021

WL 960643, at *1 (Tex. App.—Dallas March 15, 2021, no pet.) (mem. op.).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


220226F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.C.T., A
CHILD

No. 05-22-00226-CV

On Appeal from the 302nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-20-09973.
Opinion delivered by Justice
Schenck. Justices Osborne and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees Michael Senturion Thompson and Courtney Danielle Thompson recover their costs of this appeal from appellant Sandra Jones.

Judgment entered July 21, 2022